# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:

   Christopher Andrew Zimmerman,

            Debtor.                         Case No. 18-82769

## NOTICE OF FILING

TO:    David Casper, CEO, BMO Harris, 111 W. Monroe St., Chicago, IL 60603
         KCB Properties, 9N934 N. Leland Ct., Elgin, IL 60124
         Creditor List attached

     PLEASE TAKE NOTICE that there was filed via electronic means with the United States Bankruptcy Court for the Northern District of Illinois, on the 27th day of June, 2019, certain Amended Chapter 13 Plan, a copy of which is attached hereto and served upon you.

                                        Christopher Andrew Zimmerman
                                        By: /s/ Jaime Dowell
                                        Attorney for Debtor

## CERTIFICATE OF SERVICE

     The undersigned, a non-attorney, states that she caused to be served upon the parties listed above and on the attached Service List, by mailing true and correct copies to the addresses indicated, in envelopes properly stamped and sealed, and depositing the same in the U.S. mail at 1004 Courtaulds Drive, Suite A, Woodstock, IL 60098 on June 27, 2019 before 5:00 p.m.

                                        /s/ L. Palma

Jaime Dowell
ARDC 6281312
McKenna Storer
1004 Courtaulds Dr., Ste. A
Woodstock, IL 60098
815-334-9693
Fax: 815-334-9697

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 18-82769<br>Northern District of Illinois<br>Western Division<br>Tue Feb 19 09:57:04 CST 2019 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | U.S. Bankruptcy Court<br>Western Division<br>327 South Church Street<br>Rockford, IL 61101-1320 |
| Afni, Inc.<br>Attn: Bankruptcy<br>Po Box 3427<br>Bloomington, IL 61702-3427 | Agnieszka Zimmerman<br>1649 Carlemont, Unit A<br>Crystal Lake, IL 60014-2761 | Amy Garn<br>27010 Washington Blvd.<br>Edwardsburg, MI 49112-9306 |
| BMO Harris Bank<br>Attn: Bankruptcy<br>Po Box 2035<br>Milwaukee, WI 53201-2035 | Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Blitt and Gaines PC<br>661 Glenn Ave.<br>Wheeling, IL 60090-6017 | Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank/Best Buy<br>Attn: Bankruptcy<br>Po Box 790441<br>St. Louis, MO 63179-0441 |
| Ctz Comm Fed<br>P O Box 218<br>Altoona, WI 54720-0218 | NCB Management Services, Inc.<br>One Allied Drive<br>Trevose, PA 19053-6945 | Penn Credit<br>Attn:Bankruptcy<br>Po Box 988<br>Harrisburg, PA 17108-0988 |
| Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 | Stanislaus Credit Control Service, Inc.<br>Po Box 480<br>Modesto, CA 95353-0480 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Verizon Wireless<br>Attn: Verizon Wireless Bankruptcy Admini<br>500 Technology Dr, Ste 550<br>Weldon Spring, MO 63304-2225 | Christopher Andrew Zimmerman<br>850 Dogwood Lane<br>Lake in the Hills, IL 60156-4653 |
| Jaime Dowell<br>McKenna Storer<br>1004 Courtaulds Dr., Ste. A<br>Woodstock, IL 60098-7320 | Lydia Meyer<br>Lydia Meyer - 13 Trustee<br>P.o. Box 14127<br>Rockford, IL 61105-4127 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>780 Regent St.<br>Suite 304<br>Madison, WI 53715-2635 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BMO Harris Bank N.A. | (u)Landlord | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     2<br>Total                  25 |